# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

EDUARDO FIGUEROA,

    Petitioner,

v.                      CASE NO. 5:16-cv-00011-MP-CAS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 19, 2016. (Doc. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 4. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 3, is adopted and incorporated by reference in this order.

2.     This case is TRANSFERRED to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.

**DONE AND ORDERED** this  *19th*  day of February, 2016

                                                *s/Maurice M. Paul*
                                           Maurice M. Paul, Senior District Judge